UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
SAMANTHA RUFF, et al.,

                 Plaintiffs,

   - against -    : Case No. 22 Civ. 10373 (NSR)

MONTREIGN OPERATING COMPANY, LLC d/b/a
RESORTS WORLD CATSKILLS,

                 Defendant.
------------------------------------------------------------------ X

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to dismiss this action without prejudice. As previously indicated in the parties' Status Report (D.E. 65), the parties have now reached a settlement and will seek approval in New York state supreme court where the parties agree jurisdiction lies for these claims.

**MEMO ENDORSED**

Dated: New York, New York
       November 14, 2024

By: *Michael Palitz*
Michael J. Palitz
**SHAVITZ LAW GROUP, P.A.**
447 Madison Avenue, 6th Floor
New York, New York 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

By: _____
Eli Freedberg
**LITTLER MENDELSON, P.C.**
900 Third Avenue
New York, New York 10022
Telephone: (212) 583-9600
Facsimile: (212) 832-2719
efreedberg@littler.com

*Attorneys for Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ##!$5!$'$&

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**Dated: Nov. 25, 2024
White Plains, New York**

1